PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS



FILED
OCT 23 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jessica Lynn Mckown        Case Number: 5:17-CR-00965-OLG(2)

Name of Sentencing Judicial Officer: Honorable Orlando L. Garcia, Chief United States District Judge

Date of Original Sentence: June 27, 2018

Original Offense: **Count 5:** Access Device Fraud, in violation of 18 U.S.C § 1029(a)(2).
**Count 7:** Aggravated Identity Theft, in violation of 18 U.S.C § 1028A(a)(1).

Original Sentence: Twenty-five (25) month term of imprisonment; **Count 5:** One (1) month imprisonment and **Count 7:** twenty-four (24) months to run consecutively; followed by a two (2) year term of supervised release to run concurrently as to **Counts 5 and 7**. A $200 special assessment and $8,365.09 in restitution.

Type of Supervision: Supervised Release        Date Supervision Commenced: September 9, 2019

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐ To extend the term of supervision ___ years, for a total of ___ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall pay the entire balance of the restitution at the rate of no less than $50.00 per month beginning November 1, 2019. The Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the United States Attorney. The defendant shall cooperate fully with the United States Attorney and the United States Probation Officer to make payment in full as soon as possible.**

Jessica Lynn Mckown
5:17-CR-00965-OLG(2)
October 18, 2019
Page 2

## CAUSE

Ms. Mckown is a full-time student. After conducting a financial assessment, it was determined, Ms. Mckown could pay $50.00 per month towards her restitution. Should Ms. Mckown's current financial status improve, she will be required to increase her payments accordingly. Ms. Mckown agreed with the payment schedule and signed the attached Probation 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

Approved:

Arthur R. Galvan
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5315

Respectfully submitted,

Monica Rodriguez
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5341
Date: October 18, 2019

cc:   Thomas P. Moore
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

Honorable Orlando L. Garcia
Chief U.S. District Judge

Oct 23, 2019
Date

PROB 49
(3/89)

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall pay the entire balance of the restitution at the rate of no less than $50.00 per month beginning November 1, 2019. The Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the United States Attorney. The defendant shall cooperate fully with the United States Attorney and the United States Probation Officer to make payment in full as soon as possible.

Witness: _/s/ Monica Rodriguez_
U.S. Probation Officer

Signed: _/s/ Jessica McKown_
Probationer or Supervised Releasee

Date: 10/16/19