PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

## Report on Offender Under Supervision

Name of Offender:   Jessica Lynn Mckown                    Case Number:   5:17-CR-00965-OLG(2)

Name of Sentencing Judicial Officer:   Honorable Orlando L. Garcia, Chief United States District Judge

Date of Original Sentence:   June 27, 2018

Original Offense:   **Count 5:** Access Device Fraud, in violation of 18 U.S.C § 1029(a)(2).
**Count 7:** Aggravated Identity Theft, in violation of 18 U.S.C § 1028A(a)(1).

Original Sentence:   A total of Twenty-five (25) months imprisonment. **Count 5:** One (1) month imprisonment and **Count 7:** Twenty-four (24) months imprisonment, to run consecutively; followed by a two (2) year term of supervised release, as to **Counts 5 and 7,** to run concurrently. $200 special assessment.

Type of Supervision:   Supervised Release          Date Supervision Commenced:   September 9, 2019

## PREVIOUS COURT ACTION

On October 23, 2019, a Probation Form 12B-Request Modifying the Conditions or Terms of Supervision with Consent was signed and amended by the Court modifying a restitution payment amount of no less than $50.00 per month.

On March 6, 2020, a Probation Form 12B-Request Modifying the Conditions or Terms of Supervision with Consent was signed and amended by the Court modifying the conditions to include inpatient treatment.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.** |

Jessica Lynn Mckown
5:17-CR-00965-OLG (2)
March 27, 2020
Page 2

2. **Mandatory Condition No. 3:** **The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.**

On March 19, 2020, A drug sweat patch was placed on the offender on February 25, 2020. It was sent to the Alere National Laboratories and returned positive for marijuana. The offender admitted to marijuana use.

**U.S. Probation Officer Action:**

On February 25, 2020, a sweat patch was placed on the offender for the purpose of monitoring her drug use. Ms. Mckown had previously admitted to instances of methamphetamine use. The patch returned positive for both methamphetamine and marijuana.

This officer had reported her methamphetamine use to the Court on March 6, 2020, and Your Honor modified her conditions to include a condition for in patient drug treatment. This report is being submitted as a notification only.

Given the offender's previous admissions of substance use and her pending placement into inpatient treatment, it is recommended that no action be taken at this time and to allow the offender to participate in residential treatment.

Approved:                                                       Respectfully submitted,

_____          _____
Tracy L. Tate                                               Damon Jackson
Supervising U.S. Probation Officer                U.S. Probation Officer
Telephone:  (210) 472-6590, Ext.  5317        Telephone:  (210) 472-6590, Ext.  5323
                                                                    Date:  March 27, 2020

cc:   Thomas P. Moore
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

Jessica Lynn Mckown
5:17-CR-00965-OLG (2)
March 27, 2020
Page 3

---

☒   Approved as submitted.

☐   Submit a Request for Modifying the Condition or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other _____

_____
                              Honorable Orlando L. Garcia
                              Chief U.S. District Judge

March 30, 2020
_____
                              Date