AO 442 (Rev. 11/11) Arrest Warrant

U.S. MARSHALS
RECEIVED
JUL 20 2021
SAN ANTONIO, TX
ENFORCEMENT SECTION

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  SA-17-CR-965-OLG-2 |
| Jessica Lynn McKown | ) | |
| a/k/a Jessica Lynn McKown | ) | |
| Jessica McKown | ) | |
| | ) | |
| | ) | |

*Defendant*

FILED

MAR 3 1 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jessica Lynn McKown, a/k/a (see above)                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date:  _____07/20/2021_____          _____
                                                                    *Issuing officer's signature*

City and state:  ___San Antonio, Texas___          ___Monica Granados-Ramos, Deputy Clerk___
                                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  07/20/21 , and the person was arrested on *(date)*  03/0/22 at *(city and state)*  _____ . |
| Date:  03/29/2022                          _____ *Arresting officer's signature* |
| Edvardo Sanchez Jr  SDUM _____ *Printed name and title* |