Case 5:17-cr-00965-OLG   Document 90   Filed 05/02/22   Page 1 of 1

FILED
May 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | Case No. SA-17-CR-0965(02)-OLG |
| JESSICA LYNN MCKOWN | § § § | |

### ORDER HOLDING MOTION TO REVOKE SUPERVISED RELEASE IN ABEYANCE

On the 28th day of April, 2022 came on to be considered the United States' motion to revoke the defendant's supervised release *[doc.#77]*. At the request of counsel, the Court will hold this matter in abeyance and order the defendant into a 90-day residential substance abuse treatment program.

**IT IS THEREFORE THE ORDER** of this Court that the defendant shall remain in the custody of the United States Marshal Service until a bed space is available at the Alpha House residential substance abuse treatment program for a period of 90-days.

**IT IS FURTHER ORDERED** that once the defendant completes the substance abuse treatment program the Court will revisit the motion to revoke the defendant's supervised release to determine if the defendant will be continued on supervised release.

SO ORDERED.

Signed this  2nd  day of May, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge