**FILED**
August 17, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:17-CR-00965(2)-OLG |
| | § | |
| (2) JESSICA LYNN MCKOWN | § | |

## ORDER SETTING HEARING ON MOTION TO REVOKE SUPERVISED RELEASE - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION TO REVOKE SUPERVISED RELEASE - IN PERSON** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Thursday, August 25, 2022 at 09:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 17th day of August, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE